THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. STEERS, Appellant, *v.* THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Steers* v. *Department of Health*, 86 App. Div. 521, affirmed.
(Argued November 9, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

July 30, 1903, which affirmed an order of Special Term dismissing an alternative writ of mandamus requiring the defendant to show cause why the relator should not be restored to the position of sanitary inspector in the department of health of the city of New York.

*George W. McKenzie* and *George P. Beebe* for appellant.

*George L. Rives, Corporation Counsel* (*James McKeen* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.